[No. 40629-2-II.   Division Two.   May 8, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. THADES S. RICH II, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 09-1-00347-4, S. Brooke Taylor, J., entered April 21, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Johanson, J.

[No. 40896-1-II.   Division Two.   May 8, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ULISES FLORES-MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 10-1-00036-9, James W. Lawler, J., entered June 24, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 40902-0-II.   Division Two.   May 8, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CORINA MAE KERR, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00111-6, Gordon Godfrey, J., entered June 21, 2010. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Hunt and Johanson, JJ.

[Nos. 40924-1-II; 41780-4-II.   Division Two.   May 8, 2012.]

SWINERTON BUILDERS NORTHWEST, INC., *Appellant*, v. KITSAP COUNTY, *Respondent*.

Appeals from a judgment of the Superior Court for Kitsap County, No. 08-2-00045-3, Sally F. Olsen, J., entered July 2, 2010. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Armstrong, J.; Quinn-Brintnall, J., concurring separately.